Argued and submitted September 30, conviction affirmed; remanded for resentencing November 4, reconsideration denied December 16, 1992, petition for review denied February 23, 1993 (315 Or 443)

# STATE OF OREGON,
### *Respondent,*

*v.*

# ROBERT JAMES BROWN,
### *Appellant.*

## (10-91-03582; CA A71503)

839 P2d 289

James N. Varner, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Ann F. Kelley, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

In a stipulated facts trial, defendant was convicted of burglary in the first degree. ORS 164.225. The state concedes that the sentencing court erred in imposing a 15-year minimum sentence as part of defendant's dangerous offender sentence. We accept the concession. *State v. Serheinko*, 111 Or App 604, 826 P2d 114 (1992).

Defendant failed to preserve his claim that the court erred in finding that he was armed with a weapon during the commission of the offense.

Conviction affirmed; remanded for resentencing.